UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>Denise Nisha Hines | CASE NO: 25-32055<br>(Chapter 13) |
| Debtor | JUDGE TYSON A. CRIST |

AMENDED (Doc.103)  TRUSTEE'S   OBJECTION   TO   ALLOWANCE
OF CLAIM (COURT CLAIM 10, TRUSTEE CLAIM (2)

John G. Jansing, Chapter 13 Trustee, objects to the claim of City of Cincinnati - Income Tax Division, Department of Finance, 805 Central Ave, Suite 600, Cincinnati, OH  45202, Trustee claim number(s) 2, Court claim number 10, filed March 30, 2026, in the amount of $5,294.43, with $5,294.43 as priority on the ground(s) that:

Supporting documentation does not state when the taxes were assessed. Tax claims over three (3) years old are not entitled to priority status. Penalties are not entitled to priority status.

The Trustee moves that:

The claim shall be disallowed pending an amended proof of claim.

/s/ John G. Jansing
 John G. Jansing 0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

25-32055

## NOTICE OF OBJECTION TO CLAIM

John G. Jansing, Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to the claim**, you must file with the court a response explaining your position by mailing your response by First Class Mail to Clerk, US Bankruptcy Court, 120 W Third St., Suite 900, Dayton, OH 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) First Class Mail to

Denise Nisha Hines, 6572 Farmbrooke Ct, Mason, OH  45050
John G. Jansing, Chapter 13 Trustee, 409 E Monument Ave., Suite 410, Dayton, OH 45402

Office of the U.S. Trustee, 170 North High St., Suite 200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further hearing or notice.

<u>CERTIFICATE OF SERVICE</u>                                      25-32055


I hereby certify that a copy of the Trustee's Objection To Allowance Of Claim  was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on April  6, 2026 addressed to:

Denise Nisha Hines                        (2.3)
6572 Farmbrooke Ct                        City of Cincinnati - Income Tax Division
Mason, OH  45050                          805 Central Ave Suite 600
                                          Cincinnati, OH  45202


/s/ John G. Jansing
John G. Jansing, Trustee